UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| In the matter of: | ) | Chapter 7, Case No. 19-41723 |
| BISHOP, ANDER T | ) | Trustee File No. |
| BISHOP, MEGAN R | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY**

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| 2018 Toyota Rav-4 | $ 20,384.00 | $ 0.00 | ✓ |
| 2012 Victory Motorcycle | $ 4,900.00 | $ 0.00 | ✓ |
| Washer, Dryer, Tv, Dinette Table Set, Livingroom Suit, King Bed, Full Bed, Crib, Dresser, Chest Of Drawers, 2 Nightstands, Printer, Grill | $ 2,300.00 | $ 2,300.00 | ✓ |
| Clothing | $ 385.00 | $ 385.00 | ✓ |
| Misc. Costume Jewelry | $ 150.00 | $ 150.00 | ✓ |
| Checking: Navy Federal Credit Union Account Opened November 26, 2019 | $ 1.00 | $ 1.00 | ✓ |
| Savings: Navy Federal Credit Union Account Opened November 26, 2019 | $ 0.00 | $ 0.00 | ✓ |
| Checking: Usaa Federal Credit Union | $ 0.00 | $ 0.00 | ✓ |
| Savings: Usaa Federal Credit Union | $ 0.00 | $ 0.00 | ✓ |
| Pension: City Of Savannah Pension | $ 0.00 | $ 0.00 | ✓ |
| Int. In Ins. Policies: Term Life Insurance Through Employer | $ 0.00 | $ 0.00 | ✓ |

Comes now, WENDY A. OWENS, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

341 Meeting Date: August 17, 2020

Signed: /s/ Wendy A. Owens
WENDY A. OWENS, Trustee